**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re  
DETRA RENA CANNON  
Debtor(s)

Case No: 15-80394-WRS  
Chapter 13

### TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on March 29, 2015. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Wednesday, September 16, 2015, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | DETRA RENA CANNON | MOHAWK INDUSTRIES | 80.00 | WEEKLY | 04/28/2015 |

   Period of payments: 56 months or until 0.00% is paid on allowed unsecured claims.

   Payable to: **Chapter 13 Trustee**
   **P. O. Box 613108**
   **MEMPHIS TN  38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $1.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $12.25 |
| Clerk of Court | Filing Fee | $260.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| RURAL HOUSING SERVICE | N | $11,750.20 | 0.00 % | $295.00 |

In re                                                   Case No: 15-80394-WRS
DETRA RENA CANNON                                       Chapter 13
      Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Friday, September 18, 2015.            /s/ *Curtis C. Reding.*
                                                                                  Curtis C. Reding
                                                                                  Chapter Thirteen Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Friday, September 18, 2015.

                                                                                   /s/ *Curtis C. Reding*
                                                                                   Curtis C. Reding
                                                                                   Chapter Thirteen Trustee