UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 15-80394-WRS
                                                 Chapter 13
DETRA RENA CANNON,

       Debtor.

## ORDER APPROVING MOTION

This matter came before the court on the motion to employ professional person *(Related Doc. #[56])*. Proper notice was given pursuant to LBR 9007-1.

An objection was filed and subsequently withdrawn by the Bankruptcy Administrator on October 26, 2018. No other objections or responses were filed. Therefore, it is

ORDERED that the motion is GRANTED according to the terms stated.

Done this 29th day of October, 2018.

*/s/ William R. Sawyer*

United States Bankruptcy Judge

c: Charles M. Ingrum, Jr., Attorney for Debtor
   The Fonteneau Firm, LLC